**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

UNITED STATES OF AMERICA

v.                                                                    Case No.:  2:07-cr-96-FtM-34DNF

JOE MCCRAY
_____/

**O R D E R**[1]

**THIS CAUSE** is before the Court on Magistrate Judge Douglas N. Frazier's Report and Recommendation (Dkt. No. 52; Report), entered February 27, 2008, recommending that Defendant's Motion to Suppress Physical Evidence and Statements of Defendant (Dkt. No. 40) be denied.  To date, no objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b).  "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Rule 72(b) advisory committee's note (1983); see also Macort v. Prem, Inc., 208 Fed. Appx. 781, 784-85 (11th Cir. 2006) (per curiam).  Therefore, if no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings, but will review the legal conclusions in the report de novo to determine whether there is any clear error.  See Garvey

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically.  However, it has been entered only to decide the motions addressed herein and is not intended for official publication or to serve as precedent.

v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007); see also 28 U.S.C. § 636(b)(1).

Based upon an independent examination of the record and a de novo review of the legal conclusions, the Court finds that there is no clear error on the face of the record, and it will accept the recommendation of the Magistrate Judge.

Accordingly, it is hereby **ORDERED**:

1. Magistrate Judge Douglas N. Frazier's Report and Recommendation (Dkt. No. 52) is **ACCEPTED**.

2. Defendant's Motion to Suppress Physical Evidence and Statements of Defendant (Dkt. No. 40) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this 7th day of April, 2008.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

lc1
Copies to:

Counsel of Record